No. 220. JOHNSON *v.* UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION. Argued February 21, 1929. Restored to Docket April 8, 1929. *Per Curiam:* This cause is restored to the docket for reargument and is set down for hearing with No. 676, United States Shipping Board Merchant Fleet Corporation *v.* Lustgarten, the two cases to be argued as one. The Court especially invites argument on the following questions:

1. Is the United States Shipping Board Merchant Fleet Corporation, as an agency of the United States, immune from suit for the tortious acts of persons whom it has employed to carry on the operation of merchant vessels of the United States, and who have been selected by it with due care?

2. Are the remedies given against the United States Shipping Board Emergency Fleet Corporation by the suits in admiralty act of March 9, 1920, exclusive of all other remedies, whether at law or in admiralty, for liabilities of the Fleet Corporation growing out of the operation of merchant vessels of the United States?

3. Is the two-year period of limitation prescribed in the suits in admiralty act applicable to the present suit?

*Mr. Myron Scott, pro hac vice,* by special leave of Court, with whom *Messrs. Silas B. Axtell* and *Charles A. Ellis* were on the brief, for petitioner. *Mr. J. Frank Staley,* with whom *Solicitor General Mitchell, Assistant Attorney General Farnum,* and *Mr. Chauncey G. Parker,* General Counsel, Emergency Fleet Corporation, were on the brief, for respondent.